## AMERICAN LIFE UNDERWRITERS,
Appellant, v. HAWKINS, et al, Respondents

(29 N. W.2d 389.)

(File No. 8939.  Opinion filed November 4, 1947.)

Sigurd Anderson, Atty. Gen., and **William Williamson,** Asst. Atty. Gen., amici curiae.

**J. W. Kaye,** of Mitchell, and **Davenport, Evans & Hurwitz,** of Sioux Falls, for Appellant.

**Fellows & Fellows,** of Mitchell, and **Royhl & Longstaff,** of Huron, for Respondents.

PER CURIAM.

This is a companion case to In Re National Benefit Associations, 72 S. D. 23, 29 N. W.2d 81.  The opinion filed in the National Benefit Association case governs here.

The order appealed from is reversed.